\*\*\*\* CASE NUMBER: 502018CC002138XXXXMB Division: RB \*\*\*\*

Filing # 68020483 E-Filed 02/15/2018 01:59:16 PM

IN THE COUNTY COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY

General Jurisdiction:
Case No.
Florida Bar #: 796492

SCHOOL DISTRICT OF PALM BEACH
COUNTY and YORK RISK SERVICES
GROUP,

    PETITIONERS,

v.

JEANETTE WILLIAMS,

    RESPONDENT.
_____/

Esther Zapata Ruderman, Esquire, Attorney for Employer/Carrier, Conroy Simberg, 1801 Centrepark Drive East, Suite 200, West Palm Beach, FL 33401

## PETITION TO ENTER FINAL JUDGMENT

    The Petitioners, SCHOOL DISTRICT OF PALM BEACH COUNTY and YORK RISK SERVICES GROUP by and through their undersigned counsel, hereby file this Petition and seek this Court to enter a Final Judgment and state:

    1.    This Court has jurisdiction over the parties and the subject matter of this case.

    2.    The amount in controversy is less than $15,000.

    3.    This case originated as a workers' compensation claim before Judge Carol Stephenson in Palm Beach County, Florida.

*NOT A CERTIFIED COPY*

**DEF. EXHIBIT C**

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK, 02/15/2018 01:59:16 PM

EXHIBIT A

4. On September 20, 2017, the Employee/Claimant (Respondent) filed a Notice of Voluntary Dismissal dismissing her March 17, 2017 Petition for Benefits. (A copy of the Notice of Voluntary Dismissal is attached as Exhibit "A.").

5. The First District Court of Appeal in Palm Beach County School District v. Ferrer, 990 So.2d 13 (Fla. 1st DCA 2008) has held that when a claimant files a voluntary dismissal of her petitions, the employer/carrier is considered the "prevailing party."

6. Pursuant to §440.34(3), Florida Statutes, the Employer/Carrier (Petitioners), as the prevailing party, are entitled to payment of their costs. §440.34(3), Florida Statutes states in pertinent part:

> If any party should prevail in any proceedings before a judge of compensation claims or court, there shall be taxed against the non-prevailing party, the reasonable costs of such proceedings, not to include attorney's fees. (emphasis added)

7. The First District Court of Appeal ruled in Palm Beach County School District v. Fernandez, 975 So2d 1224 (Fla. 1st DCA 2008), that the prevailing party in a workers' compensation case was, indeed, entitled to its costs.

8. In the instant case, Judge Stephenson awarded prevailing party costs to the Employer/Carrier (Petitioners) on November 17, 2017 when she entered an Order on Employer/Carrier's Motion to Tax Costs. In that Order, she directed the Respondent, Jeanette Williams, to pay the Employer/Carrier (Petitioners) $1,112.96. (A copy of that Order is attached hereto as Exhibit "B.")

9. To date, the Respondent has failed to comply with that Order by failing to pay those costs. In order for the Petitioners to have the ability to enforce or execute upon the Order awarding costs, such order must be reduced to a Final Judgment.

WHEREFORE, the Petitioners, SCHOOL DISTRICT OF PALM BEACH COUNTY and YORK RISK SERVICES GROUP, respectfully request this Court to enter a Final Judgment on the Order on Employer/Carrier's Motion to Tax Costs, for which let execution issue.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this Petition was served on Jeanette Williams at 296 Sandpiper Ave Royal Palm Beach FL 33411.

CONROY SIMBERG
Attorney for Employer/Carrier
1801 Centrepark Drive East, Suite 200
West Palm Beach, FL 33401
Phone: (561) 697-8088
Fax: (561) 697-8664
Email: eruderman@conroysimberg.com

By: _____
Esther Zapata Ruderman, Esquire
Florida Bar No. 796492

NOT A CERTIFIED COPY

CFN 20180349931
OR BK 30115 PG 641
RECORDED 09/12/2018 09:23:25
Palm Beach County, Florida
AMT
Sharon R. Bock
CLERK & COMPTROLLER
Pgs 0641-0643; (3Pgs)

IN THE COUNTY COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FL

General Jurisdiction
Case No. 502018CC002138XXXXMB RB
Florida Bar #: 796492

SCHOOL DISTRICT OF PALM
BEACH COUNTY and YORK RISK
SERVICES GROUP,

Petitioners,

v.

JEANETTE WILLIAMS,

Respondent.
_____/

**FINAL JUDGMENT AWARDING COSTS**

THIS CAUSE having come on to be heard on September 7, 2018, on the Petitioners' Petition to Enter Final Judgment and after having reviewed the pleadings, I hereby make the following findings:

1. This Court has jurisdiction over the parties and the subject matter of this cause.

2. This case originated as a workers' compensation claim before Judge Carol Stephenson in Palm Beach County, Florida.

3. On September 20, 2017, Counsel for the Respondent, Jeanette Williams, dismissed the March 17, 2017 Petition for Benefits against Petitioners, School District of Palm Beach County/York Risk Services Group. Thus, the School District of Palm Beach County/York Risk Services Group are considered the prevailing parties in that case.

Page 1 of 3

# EXHIBIT B

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 9/7/2018 11:40:00 AM

4. On November 17, 2017, Judge Stephenson entered a Final Evidentiary Order on Employer/Carrier's Motion to Tax Costs, OJCC #17-006063CJS. Judge Stephenson ordered the Respondent, Jeanette Williams, to pay costs to the Petitioners in the amount of $1,112.96.

It is hereby ORDERED AND ADJUDGED:

1. Respondent, Jeanette Williams, who resides at 296 Sandpiper Ave Royal Palm Beach, FL 33411, is hereby ordered to pay costs to the Petitioner, School District of Palm Beach County, in the amount of $1,112.96, for which let execution issue. This amount shall bear interest at the statutory interest rate.

DONE AND ORDERED at Palm Beach County, West Palm Beach, Florida, this 7 day of Sept, 2018.

_____
THE HONORABLE AUGUST BONAVITA

CFN 20180349931
BOOK 30115 PAGE 643
3 OF 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing order was entered and a true copy was furnished by electronic transmission on this ____ day of _____, 2018 to counsel of record listed below and the parties by regular U.S. mail.

RESPONDENT:    Jeanette Williams
               296 Sandpiper Ave
               Royal Palm Beach FL 33411

ATTORNEY FOR   Esther Zapata Ruderman, Esquire
PETITIONERS    Conroy Simberg
               1801 Centrepark Drive East
               Suite 200
               West Palm Beach, FL 33401
               eruderman@conroysimberg.com

FILED: PALM BEACH COUNTY, FL, SHARON R. BOCK, CLERK. 9/7/2018 11:40:00 AM

By U.S. Certified Mail RR # 7017 1000 0000 1196 7923

March 19, 2018

EEOC Miami District Office
Miami Tower
100 S.E. 2nd Street
Miami, Florida 33131

RE: EEOC Employment Discrimination Complaint

Dear EEOC:

I am a school bus driver for The School District of Palm Beach County. This is my claim against The School District of Palm Beach County for being discriminated against because of my place of national origin (I am Haitian) and because my employer is retaliating against me for making a complaint about public safety and being forced to file false reports to the state regarding the number of students we drive.

- My name, address, email, and telephone number:

Charlotte Dorcile, 2000 N. Congress Ave, Lot 264, West Palm Beach, FL 33409, charlotte.dorcile@palmbeachschools.org, phone 561-797-9145. My birthplace is Port-Au-Prince, Haiti. I have a lawyer. His name and address is Henry A. Seiden, Seiden Law, 6274 Linton Blvd., Suite 103, Delray Beach, Fl. 33484, phone - 561-833-8988, email service@seidenlawfirm.com. Please send him copies of all papers you send me.

- The name, address, email, and telephone number of the employer (or employment agency or union) you want to file your charge against:

The School Board of Palm Beach County, 100 Australian Ave. #200
West Palm Beach, FL 33406

- The number of employees employed there (if known): hundreds.
-
- A short description of the actions you believe were discriminatory (for example, you were fired, demoted, harassed):

On Feb. 9, 2018, I complained about bus scheduling by my supervisors Gary Mosley and Tammi Pierre at the Royal Palm Bus Compound which made us drive too fast, endangering our student passengers, ourselves and other people on the public roads. I also complained about my supervisors making me falsify reports to the state of Florida regarding the number of students I drive. On March 15, 2018, I was harassed on the job with a false allegation of employee misconduct in retaliation for my complaint and because I am Haitian.

- When the discriminatory actions took place?

# EXHIBIT C

Since Feb. 10, 2018 and continuing.

- Why you believe you were discriminated against (for example, because of your race, color, religion, sex (including pregnancy, gender identity, and sexual orientation), national origin, age (40 or older), disability, genetic information, or retaliation:

All of this is discriminatory harassment in retaliation for me complaining about bus safety and my place of national origin being Haiti.

Sincerely,

*Charlotte Dorcile*
Charlotte Dorcile

**FLORIDA COMMISSION ON HUMAN RELATIONS**
4075 Esplanade Way, Room 110, Tallahassee, Florida 32399

**EMPLOYMENT COMPLAINT OF DISCRIMINATION**

Date Stamp (FCHR Use Only)

| A. PERSONAL INFORMATION | FCHR No. | 201806355 |
|---|---|---|
| **Name** Charlotte Dorcile | **E-Mail Address** | **Date of Birth** 5/15/1958 |
| **Mailing Address** 2000 N Congress Ave., Lot. 264 | **Telephone Number (area code)** (561) 797-9145 | |
| **City, State, and Zip Code** West Palm Beach, FL 33409 | **Work (if possible to call you there)** | |

| B. BUSINESS INFORMATION (employer, labor organization, employment or government agency, etc.) | | |
|---|---|---|
| **Name** The School District of Palm Beach County | **Number of Employees** 15+ | **Telephone Number** (561) 687-7190 |
| **Street Address (Branch/Office in Florida)** 2775 Homewood Road | **City, State and Zip Code** West Palm Beach, FL 33406 | **County** Palm Beach |

**C. CAUSE OF DISCRIMINATION BASED ON** – Check appropriate box(es)
☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ DISABILITY/HANDICAP
☒ NATIONAL ORIGIN  ☒ AGE  ☐ MARITAL STATUS  ☒ RETALIATION

**DATE MOST RECENT DISCRIMINATION TOOK PLACE** (month, day, year)   Ongoing

**D. DISCRIMINATION STATEMENT:**
I believe I have been discriminated against pursuant to Chapter 760 of the Florida Civil Rights Act, and/or Title VII of the Federal Civil Rights Act, and/or the Age Discrimination in Employment Act, and/or the Americans with Disabilities Act as applicable for the following reason(s):

I am a dark skinned, black female, over the age of forty. I have been discriminated against based on race, national origin, color, sex, age, and retaliation. On 2/9/2018, I complained about bus scheduling by my supervisors, Gary Mosley and Tammi Pierre, at the Royal Palm Bus Compound which made us drive too fast. Endangering our student passengers, ourselves, and other people on the public roads. I also complained about my supervisors making me falsify reports to the state of Florida regarding the number of students I drive. On 3/15/2018, I was harassed on the job regarding false allegations of misconduct.

I REQUEST TO BE AFFORDED FULL RELIEF TO WHICH I AM ENTITLED TO UNDER THE LAW(S).

**E. VERIFICATION.** Under penalties of perjury, I declare that I have read the foregoing complaint of discrimination and that the facts stated in it are true. I will advise the agency if I change my address or telephone number and I will cooperate fully with them in the processing of my complaint in accordance with their procedures.

| SIGNATURE OF COMPLAINANT | DATE |
|---|---|
| x *[signature]* | x 3/22/18 |

FCHR Charge Form – Revised January 9, 2015

# EXHIBIT D

EEOC Form 161-B (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Ms. Charlotte Dorcile<br>c/o Henry A. Seiden, Esquire<br>6274 Linton Blvd., #103<br>Delray Beach, FL 33484 | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 15D-2018-00532 | Ina Depaz,<br>State & Local Coordinator | (305) 808-1752 |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[X] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

*[signature]*

**MICHAEL J. FARRELL,**
District Director

NOV 1 1 2018

*(Date Mailed)*

cc:

The School District of Palm Beach County
c/o Deneen Welling, EEO Coordinator
3300 Forest Hill Blvd., A/-106
West Palm Beach, FL 33406-5870

# EXHIBIT E

Enclosure with EEOC
Form 161-B (11/16)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

MIAMI DISTRICT OFFICE
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
MIAMI TOWER
100 SOUTH EAST 2nd STREET
MIAMI, FLORIDA 33131

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**CERTIFIED MAIL**

7016 0750 0000 3041 4912

U.S. POSTAGE >> PITNEY BOWES

ZIP 33151 $ 003.45
02 4W
0000361640 NOV 14 2018

s/c

3348436508 R016




## State of Florida
## Florida Commission on Human Relations
*An Equal Opportunity Employer • Affirmative Action Employer*

**Rick Scott**
*Governor*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX: (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*

**Tony Jenkins**
*Chair*
**Michelle Wilson**
*Executive Director*

FCHR No. 201806355
EEOC No. 15D201800532

Ms. Charlotte Dorcile  **COMPLAINANT(S)**
C/o Henry A. Seiden, Esquire
6274 Linton Blvd. #103
Delray Beach, FL 33484

The School District of Palm Beach County  **RESPONDENT(S)**
C/o Deneen Wellings, EEO Coordinator
3300 Forest Hill Blvd., A-106
West Palm Beach, FL 33406-5870

### NOTICE OF DISMISSAL

More than 180 days have elapsed since the charge of discrimination was filed with the Commission. Complainant has indicated a desire to file a civil action in a court of competent jurisdiction pursuant to Section 760.11(8) and Rule 60Y-5.006(5), F.A.C. Therefore, pursuant to the authority vested in me by the Florida Statutes and Rule 60Y-5.006, F.A.C., I hereby dismiss the above referenced complaint on behalf of the Florida Commission on Human Relations.

FOR THE FLORIDA COMMISSION ON HUMAN RELATIONS:

_____   DATED: October 15, 2018
Michelle Wilson
Executive Director

CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF DISMISSAL was filed at Tallahassee, Florida and served upon the above-named addressees this 15th day of October, 2018, by U.S. Mail.

BY: _____
Clerk of the Commission

# EXHIBIT F

***COMMISSIONERS***

| Dr. Donna Elam | Mario Garza | Dianne Goldenberg | Samantha Hoare | Tony Jenkins, *Chair* | Maryam Laguna Borrego |
| *Port Richey* | *Tampa* | *Lake Worth* | *North Miami* | *Lake Mary* | *Miami* |
| Al McCambry | Latanya Peterson, *Vice Chair* | | Jay Pichard | Gilbert Singer | Rebecca Steele |
| *Lynn Haven* | *Fleming Island* | | *Tallahassee* | *Tampa* | *Jacksonville* |

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT COURT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO.: 50-2019-CA-001819-XXXX-MB (AN)

CHARLOTTE DORCILE,

        Plaintiff,

vs.

THE SCHOOL DISTRICT OF
PALM BEACH COUNTY and
THE SCHOOL BOARD OF
PALM BEACH COUNTY FLORIDA
d/b/a The School District of Palm Beach
County,
        Defendants.
_____/

## PLAINTIFF'S NOTICE OF EMAIL DESIGNATION

    Plaintiff Charlotte Dorcile gives this notice designating service@seidenlawfirm.com as primary email address for her attorneys in the above styled cause and directs that all future pleadings, motions, discovery, correspondence and other documents in this cause be served upon her by and through her attorneys at that address.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the process server to be served upon the Defendants with the Summons and Complaint.

DATED: May 29, 2019

HENRY A. SEIDEN, ESQ. (FBN 436763)
SEIDEN LAW
Attorneys for Plaintiff
6274 Linton Blvd, Suite 103
Delray Beach, FL 33484
ph.: (561)833-8988
fax: (561) 828-9246
Primary email: service@seidenlawfirm.com

By: /s/ Henry A. Seiden
    HENRY A SEIDEN, ESQ.

1